UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Crystal Dennis**                        **Docket No. 2:16-CR-21-1BO**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Crystal Dennis, who, upon an earlier plea of guilty to Conspiracy to Manufacture and Distribute 5 Grams or More of Methamphetamine (Actual) on a Premise in Which Minor Children Were Present and Resided, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(viii), and 21 U.S.C. § 860a, was sentenced by the Honorable Virginia M. Hernandez Covington, U.S. District Judge in the Middle District of Florida, on October 18, 2010, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 40 months.

Crystal Dennis was released from custody on January 2, 2015, at which time the term of supervised release commenced. On May 15, 2015, the defendant's supervision was transferred to the Eastern District of North Carolina (EDNC). On July 27, 2016, jurisdiction of Dennis' case was transferred to the EDNC.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 12, 2016, a urine specimen collected from Dennis on August 30, 2016, was determined by the national laboratory to be positive for cocaine. On September 28, 2016, when confronted with the urinalysis, the defendant admitted that she used cocaine on August 26, 2016. As a sanction for Dennis' conduct, we are respectfully recommending that she be placed in the home detention program for a period of 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Dennis will be referred for additional substance abuse if further drug use is detected.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Crystal Dennis
Docket No. 2:16-CR-21-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: October 3, 2016

**ORDER OF THE COURT**

Considered and ordered this __3__ day of __October__, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge