UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Crystal Dennis**　　　　　　　　　　　　　　　　　　　　　**Docket No. 2:16-CR-21-1BO**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Crystal Dennis, who, upon an earlier plea of guilty to Conspiracy to Manufacture and Distribute 5 Grams or More of Methamphetamine (Actual) on a Premise in Which Minor Children Were Present and Resided, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(viii), and 21 U.S.C. § 860a, was sentenced by the Honorable Virginia M. Hernandez Covington, U.S. District Judge in the Middle District of Florida, on October 18, 2010, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 40 months.

Crystal Dennis was released from custody on January 2, 2015, at which time the term of supervised release commenced. On May 15, 2015, the defendant's supervision was transferred to the Eastern District of North Carolina (EDNC). On July 27, 2016, jurisdiction of Dennis' case was transferred to the EDNC.

On October 3, 2016, a Petition for Action was submitted to the court advising that a urine specimen collected from the defendant on August 30, 2016, tested positive for cocaine. The court was also notified that Dennis admitted to using cocaine on August 26, 2016, and that she would be referred for additional substance abuse treatment if further drug use was detected. As a result of the violation, the defendant was ordered to participate in the home detention program for a period of 30 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 17, 2016, a urine specimen collected from Dennis on September 28, 2016, was determined by the national laboratory to be positive for cocaine. On October 21, 2016, when confronted with the result, the defendant admitted to using crack cocaine on an unknown date prior to September 28, 2016. As a sanction for Dennis' conduct, we are respectfully recommending that she be ordered to serve 5 days incarceration in the Bureau of Prisons and participate in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision. Dennis' substance abuse assessment with PORT Human Services in Nags Head, North Carolina, is scheduled for October 27, 2016.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the Third Use level.

Crystal Dennis
Docket No. 2:16-CR-21-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Dwayne K. Benfield
Dewayne K. Benfield
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: October 25, 2016

## ORDER OF THE COURT

Considered and ordered this ___25___ day of ___October___, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge